In the Matter of RANDOLPH W., Appellant, v COMMISSIONER OF SOCIAL SERVICES, on Behalf of ANA B., Respondent.

Submitted June 10, 2013; decided August 27, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.